ap-77,03
FILED IN
COURT OF CRIMINAL APPEALS

July 29, 2015

ABEL ACOSTA, CLERK

COURT OF CRIMINAL APPEAL
AUSTIN, TEXA
Transmitted 7/29/2015 9:53:09 AI
Accepted 7/29/2015 10:04:46 AI
ABEL ACOST.
CLER

No. AP-77,031

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

**FRANKLIN DAVIS,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

---

## STATE'S MOTION FOR LEAVE TO FILE BRIEF EXCEEDING WORD LIMIT

---

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

THE STATE OF TEXAS, by and through the Criminal District Attorney of Dallas County, respectfully requests leave to file a brief exceeding the 37,500-word limit. In support of this motion, the State would show the following:

### I.

Appellant is confined pursuant to the judgment and sentence of Criminal District Court No. 7 of Dallas County, convicting him of the capital murder of Shania Gray. On November 16, 2013, the jury answered the special issues so as to support the imposition of a death sentence, and the trial court sentenced him to death. Appeal to this Court is automatic. After requesting two extensions,

Appellant filed his brief on February 27, 2015. The State's brief was originally due on March 30, 2015, but the deadline was extended until today, July 29, 2015. The State timely tenders its brief along with this motion. The State's brief is 43,689 words in length (excluding caption, table of contents, index of authority, statement regarding oral argument, statement of the case, summary of the argument, signature, certificate of compliance, and certificate of service). *See* Tex. R. App. P. 9.4(i)(1).

## II.

Rule 9.4(i)(2)(A) of the Texas Rules of Appellate Procedure provides that a brief on direct appeal in a death penalty case is limited to 37,500 words if computer-generated. Rule 9.4(i)(4), however, provides that this Court may, on motion, permit a longer brief. The State respectfully requests permission to exceed the word limit for the following reasons:

Appellant's brief contains 48 issues and is 148 pages long. Many of the issues in his brief contain only conclusory arguments rather than a full application of the law to the facts. By contrast, the State's responses fully address the merits of Appellant's claims as well as matters relating to preservation and harm.

The State responded with brevity where possible. But given the serious nature of the case and the issues raised, a factual and legal analysis of some depth was required.

2

## III.

For all of the foregoing reasons, counsel respectfully requests leave to file a brief that exceeds the word limit provided in Tex. R. App. P. 9.4(i)(2)(A).

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests the Court grant the State's request for leave to file a brief exceeding the word limit.

Respectfully submitted,

/s/ Rebecca D. Ott

<table>
<tr><td><strong>Susan Hawk</strong><br><strong>Criminal District Attorney</strong><br>Dallas County, Texas</td><td><strong>Rebecca D. Ott</strong><br><strong>Assistant District Attorney</strong><br>State Bar No. 24074842<br>Frank Crowley Courts Building<br>133 N. Riverfront Blvd., LB-19<br>Dallas, Texas 75207-4399<br>(214) 653-3625 | (214) 653-3643 <em>fax</em><br>rebecca.ott@dallascounty.org</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion was served on John Tatum, attorney for Appellant, 990 South Sherman Street, Richardson, Texas, 75081, jtatumlaw@gmail.com, via email and United States mail, on July 29, 2015.

/s/ Rebecca D. Ott

_____

Rebecca D. Ott